1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Paul E. Lesh, Dion S. Birney,* and *C. Clinton James* for petitioners. *Messrs. E. Barrett Prettyman, Vernon E. West,* and *Walter L. Fowler* for respondents.

No. 363. WHEELING MOLD & FOUNDRY CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Percy W. Phillips, Kingman Brewster, James S. Y. Ivins,* and *O. R. Folsom-Jones* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Justin Miller* and *James W. Morris* for respondent.

No. 364. MISSOURI-KANSAS-TEXAS R. CO. ET AL. *v.* EMBREY, ADMINISTRATRIX. October 15, 1934. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Joseph M. Bryson* and *M. D. Green* for petitioners. *Messrs. H. L. Stuart, R. R. Bell,* and *E. P. Ledbetter* for respondent.

No. 365. TRANSCONTINENTAL & WESTERN AIR, INC. *v.* FARLEY, POSTMASTER GENERAL, ET AL. October 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John Thomas Smith* for petitioner. *Solicitor General Biggs* and *Messrs. Carl L. Ristine, W. Marvin Smith,* and *Lee A. Jackson* for respondents.